# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

**Carol Boucher and Paul Boucher**
    **Plaintiffs**

**v.**                                **Case No.: 1:10-cv-00328-JL**

**CVS/Pharmacy, Inc. and Marjam Supply Company, Inc.**
    **Defendants/Third-Party Plaintiffs**

**v.**

**Amoskeag Maintenance Services, LLC**
    **Third-Party Defendant**

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civ. P. 41(a)(1)(ii), the Plaintiffs, the Defendants CVS/Pharmacy, Inc. and Marjam Supply Company, Inc., and the third-party defendant, Amoskeag Maintenance Services, LLC hereby stipulate that all claims between the parties in the above-named matter, are dismissed with prejudice, no interest, no costs. All rights of appeal are waived.


Dated: <u>11/28/11</u>        By:    <u>/s/ Andrew B. Ranks, Esq.</u>
                                    Anthony M. Campo, Esq.
                                    NH Bar #16515
                                    tcampo@bsctrialattorneys.com
                                    Andrew B. Ranks, Esq.
                                    NH Bar #17747
                                    aranks@bsctrialattorneys.com
                                    Boyle, Shaughnessy & Campo, P.C.
                                    650 Elm Street, Suite 303
                                    Manchester, NH 03101
                                    (603) 668-6216
                                    FAX: (603) 668-6217

Dated: 11/28/11     By:    /s/ Richard E. Fradette, Esq.

Richard E. Fradette, Esq.
NH Bar # 844
Christina A. Ferrari, Esq.
NH Bar # 19836
Christina@Beliveau-Fradette.com
91 Bay Street
P.O. Box 3150
Manchester, NH 03105-3150
(603) 623-1234

Dated: 11/28/11     By:    /s/ Robert Carey, Esq.

Robert Carey, Esq.
BCarey@orr-reno.com
Orr & Reno
P.O. Box 3550
Concord, NH 03302
(603) 224-2381
Fax: (603) 224-2318

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was this day forwarded to the following parties by electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing:

Richard E. Fradette, Esq.
Christina A. Ferrari, Esq.
91 Bay Street
P.O. Box 3150
Manchester, NH 03105-3150

Robert Carey, Esq.
Orr & Reno
P.O. Box 3550
Concord, NH  03302

Dated: <u>11/28/2011</u>        By:     /s/ Andrew B. Ranks
                                        Andrew B. Ranks, Esq., NH Bar ID No.: 17747
                                        Boyle, Shaughnessy & Campo, P.C.
                                        650 Elm Street, Suite 303
                                        Manchester, NH 03101
                                        (603) 668-6216
                                        FAX: (603) 668-6217